# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Document # __5__

-------------------------------------------------

**WHITE**

USCA NO. _____

SDNY NO. __07cv6935__
JUDGE: __KMW__
DATE: __2/04/2008__

-v-

**ARTUS**

-------------------------------------------------

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME) __Nezam D.__
FIRM __APPEALS SECTION__
ADDRESS __UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NY__
__500 PEARL STREET, NEW YORK, NEW YORK 10007__
PHONE NO. __(212) 805-0636__

DISTRICT COURT DOCKET ENTRIES -----------------------------------------------------

**DOCUMENTS**                                                                  **DOC#**

Clerk's Certificate

See Attached List of Numbered Documents

Only Circled Documents Included

( √ ) Original Record                                        ( ___ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the __4th__ Day of __February__, 2008.

United States District Court for
the Southern District of New York
-------------------------------------------------

WHITE

-V-

ARTUS
-------------------------------------------------

Date: __2/04/2008__
U.S.C.A. # _____

U.S.D.C. # __07cv6935__

D.C. JUDGE __KMW__

# Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this __4th__ Day of __February__ In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232nd year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-06935-KMW
### Internal Use Only

White v. Artus
Assigned to: Judge Kimba M. Wood
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 08/02/2007
Date Terminated: 12/12/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2007 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2254. Document filed by Willis Leslie White.(laq) (Entered: 08/07/2007) |
| 08/02/2007 |   | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 08/07/2007) |
| 08/02/2007 | 2 | 60 DAYS ORDER.... For the following reasons, petitioner is directed to submit an amended petition within 60 days of the date of the instant order. Petitioner is hereby granted leave to amend his petition to detail his grounds and demonstrate that he exhausted those grounds in the state courts. No answer shall be required at this time and all further proceedings shall be stayed for 60 days or until he has complied with this order. If petitioner fails to comply with this order within the time allowed, the instant action shall be dismissed without prejudice for failure to comply with Rule 2(c). If the amended petition is filed in time, it shall be reviewed and then, if proper, the petition shall be reassigned to a district judge in accordance with the procedures of the Clerk's Office. Because the instant petition makes no substantial showing of the denial of a constituional right, a certificate of appealability will not issue. (Signed by Judge Kimba M. Wood on 8/2/7) (laq) (Entered: 08/07/2007) |
| 08/02/2007 |   | Magistrate Judge Ronald L. Ellis is so designated. (laq) (Entered: 08/07/2007) |
| 12/12/2007 | 3 | JUDGMENT in favor of Dale Artus against Willis Leslie White. By order dated August 2, 2007, petitioner was directed to file an amended patition for habeas corpus relief with this Court within 60 days. Because petitioner has failed to file an amended petition as specified it is, ORDERED, ADJUDGED AND DECREED: That the petition is dismissed U.S.C. 1915 (e)(2)(b)(ii). A certificate of appealability will not issue because the petition presents no question of substance for appellate review. 28 U.S.C. 2253. The Cour certifies pursuant to 28 U.S.C. 1915(a)(3) that any appeal from this order would ot be taken in good faith. (Signed by Judge Kimba M. Wood on 12/12/07) (dt) (Entered: 12/12/2007) |
| 01/08/2008 | 4 | NOTICE OF APPEAL from 3 Judgment. Document filed by Willis Leslie White. Copies mailed to attorney(s) of record: Attorney General, NYS. (tp) (Entered: 02/04/2008) |
| 02/04/2008 |   | Appeal Remark as to 4 Notice of Appeal filed by Willis Leslie White. $455.00 APPEAL FEE DUE. IFP REVOKED 12/12/07. COA DENIED 12/12/07. (tp) (Entered: 02/04/2008) |
| 02/04/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 02/04/2008) |
| 02/04/2008 |   | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 02/04/2008) |